1  McGREGOR W. SCOTT
   United States Attorney
2  MELANIE L. ALSWORTH
   VINCENTE TENNERELLI
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:   (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

**FILED**

DEC 05 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            CASE NO. 1:19-CR-00266 LJO SKO

12                         Plaintiff,     21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to
                                          Distribute and Possess with Intent to Distribute
13                  v.                    Controlled Substances (Fentanyl); 21 U.S.C. §
                                          841(a)(1) and (b)(1)(A)(viii) – Distribution of
14  WILFREDO MEDINA-PEREZ,                Methamphetamine; 21 U.S.C. § 841(a)(1) and
    URIEL IVAN PORTILLO, AND              (b)(1)(B)(vi) – Distribution of Fentanyl (2 counts);
15  ROJELIO "ROY" GARCIA,                 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of
                                          Fentanyl (3 counts); 21 U.S.C. § 841(a)(1) and
16                         Defendants.    (b)(1)(C) – Possession With Intent to Distribute
                                          Fentanyl (1 count); and 21 U.S.C. § 853(a) – Criminal
17                                        Forfeiture Allegation

18

19                          I N D I C T M E N T

20
    COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(vi) – Conspiracy to Distribute and Possess
21              with Intent to Distribute a Controlled Substance (Fentanyl)]

22      The Grand Jury charges: T H A T

23                      WILFREDO MEDINA-PEREZ,
                         and URIEL IVAN PORTILLO,
24

25  beginning at a time unknown to the Grand Jury but not later than December 1, 2018 and continuing to

26  on or about November 21, 2019, in the County of Kern, State and Eastern District of California, and

27  elsewhere, did knowingly and intentionally agree with each other and with other individuals known and

28  unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, to

1  wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule

2  II controlled substance, all in violation of Title 21, United States Code, §§ 846 and 841(a)(1).

3        The drug quantity attributable to Wilfredo Medina-Perez is 40 grams or more of a mixture or

4  substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide

5  or 10 grams or more of a mixture or substance containing a detectable amount of any analogue of N-

6  phenyl-N-[1-(2-phenylethyl)- 4-piperidinyl] propanamide, all in violation of Title 21, United States

7  Code, §§ 846, 841(a)(1) and (b)(1)(B)(vi).

8

9  COUNT TWO: [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)– Distribution of a Controlled Substance
               (Methamphetamine)]

10        The Grand Jury further charges: T H A T

11                 WILFREDO MEDINA-PEREZ,

12  defendant herein, on or about February 11, 2019, in the County of Kern, State and Eastern District of

13  California, did knowingly and intentionally distribute a controlled substance, to wit: methamphetamine,

14  a Schedule II controlled substance.

15        It is further alleged that the offense involved 50 grams or more of methamphetamine, and 500

16  grams or more of a mixture or substance containing a detectable amount of methamphetamine, all in

17  violation of Title 21, United States Code, § 841(a)(1) and (b)(1)(A)(viii).

18

19  COUNT THREE: [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)– Distribution of a Controlled Substance
               (Fentanyl)]

20        The Grand Jury further charges: T H A T

21                 WILFREDO MEDINA-PEREZ,

22  defendant herein, on or about February 21, 2019, in the County of Kern, State and Eastern District of

23  California, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N-[1-(2-

24  phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

25        It is further alleged that the offense involved 40 grams or more of a mixture or substance

26  containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide or 10

27  grams or more of a mixture or substance containing a detectable amount of any analogue of N-phenyl-

28  N-[1-(2-phenylethyl)- 4-piperidinyl] propanamide, all in violation of Title 21, United States Code, §§

1    846, 841(a)(1) and (b)(1)(B)(vi).

2

3    <u>COUNT FOUR</u>: [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)– Distribution of a Controlled Substance
                (Fentanyl)]

4         The Grand Jury further charges: T H A T

5                  WILFREDO MEDINA-PEREZ,

6    defendant herein, on or about April 4, 2019, in the County of Kern, State and Eastern District of

7    California, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N-[1-(2-

8    phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

9         It is further alleged that the offense involved 40 grams or more of a mixture or substance

10    containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide or 10

11    grams or more of a mixture or substance containing a detectable amount of any analogue of N-phenyl-

12    N-[1-(2-phenylethyl)- 4-piperidinyl] propanamide, all in violation of Title 21, United States Code, §§

13    846, 841(a)(1) and (b)(1)(B)(vi).

14

15    <u>COUNT FIVE</u>: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance
               (Fentanyl)]

16         The Grand Jury further charges: T H A T

17                  WILFREDO MEDINA-PEREZ,

18    defendant herein, on or about July 31, 2019, in the County of Kern, State and Eastern District of

19    California, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N-[1-(2-

20    phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

21         All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

22    <u>COUNT SIX</u>: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance
              (Fentanyl)]

23

24         The Grand Jury further charges: T H A T

25                  WILFREDO MEDINA-PEREZ,

26    defendant herein, on or about October 26, 2019, in the County of Kern, State and Eastern District of

27    California, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N-[1-(2-

28    phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

INDICTMENT

3

1    All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

3    COUNT SEVEN: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute a
     Controlled Substance (Fentanyl)]

4    The Grand Jury further charges: T H A T

5                                        ROJELIO "ROY" GARCIA,

6    defendant herein, on or about October 26, 2019, in the County of Kern, State and Eastern District of

7    California, did knowingly and intentionally possess with intent to distribute a controlled a controlled

8    substance, to wit: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl,"

9    a Schedule II controlled substance.

10   All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

11

12   COUNT EIGHT: [21 U.S.C. §§ 841(a)(1) and (b)(1)(C) – Distribution of a Controlled Substance
     (Fentanyl)]

13   The Grand Jury further charges: T H A T

14                                       WILFREDO MEDINA-PEREZ,
                                         and URIEL IVAN PORTILLO,

15   defendants herein, on or about November 21, 2019, in the County of Kern, State and Eastern District of

16   California, did knowingly and intentionally distribute a controlled substance, to wit: N-phenyl-N-[1-(2-

17   phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

18   All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

19

20   FORFEITURE ALLEGATION:        [21 U.S.C. § 853(a) - Criminal Forfeiture]

21   The allegations in this indictment are hereby realleged and incorporated by reference for the

22   purpose of alleging forfeiture.

23   Upon conviction of one or more of the offenses alleged as Counts One through Eight of this

24   Indictment, defendants WILFREDO MEDINA-PEREZ, URIEL IVAN PORTILLO, AND ROJELIO

25   "ROY" GARCIA shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), all property

26   constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation

27   and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

28   commission of the said violations.

INDICTMENT

4

1    If any property subject to forfeiture as a result of the offenses alleged in the Indictment:

2         (1)    cannot be located upon exercise of due diligence;

3         (2)    has been transferred or sold to, or deposited with, a third person;

4         (3)    has been placed beyond jurisdiction of the Court;

5         (4)    has been substantially diminished in value; or

6         (5)    has been commingled with other property which cannot be subdivided without

7                difficulty;

8    it is the intent of the United States pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

9    property of said defendant(s) up to the value of the property subject to forfeiture.

10                                                            A TRUE BILL.

11                                                   /s/ Signature on file w/AUSA

12

13                                                   _____
                                                     FOREPERSON

14

15

16

17   MCGREGOR W. SCOTT
     United State Attorney

18   By:  **KIRK E. SHERRIFF**
          _____

19   KIRK E. SHERRIFF
     Assistant United States Attorney

20

21

22

23

24

25

26

27

28

INDICTMENT                                    5