**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
Rogelio Garcia

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>WILFREDO MEDINA PEREZ,<br>URIEL IVAN PORTILLO<br>ROJELIO GARCIA<br><br>Defendants. | Case No. 1:19-CR-00266-LJO-SKO-1<br><br><u>STIPULATION AND ORDER TO</u><br><u>CONTINUE STATUS CONFERENCE</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE SHELIA K. OBERTO; AND MELANIE L. ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendants by and through their attorneys of record, who are hereby requesting that the status conference currently scheduled for January 21, 2020 be continued to March 2, 2020. Assistant United States Attorney Melanie L. Alsworth does not object to the continuance.

The first status conference in this case is currently scheduled for January 21, 2020. The parties have received approximately 11,000 pages of bates stamped discovery and need additional time to review it. The parties believe that at the upcoming status hearing the defense would be requesting additional time to review such discovery and to have discussions with the Government regarding the case.

For those reasons, the parties agree that that the ends of justice is served by continuing the case as set forth above, outweigh the best interest of the public and the defendants in a speedy trial, including by providing for continuity of counsel, and reasonable time necessary for effective trial preparation. Counsel for defendant believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED.**

DATED: 01/14/20

Respectfully Submitted,
*/s/ Emily deLeon*
EMILY DELON
Attorney for Defendant
ROJELIO GARCIA

DATED: 01/14/20

*/s/ Monica Bermudez*
MONICA BERMUDEZ
Attorney for Defendant
URIEL IVAN PORTILLO

DATED: 01/14/20

*/s/ David A. Torres*
DAVID A. TORRES
Attorney for Defendant
WILFREDO MEDINA PEREZ

DATED: 01/14/20

*/s/Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED.

Dated: **January 15, 2020**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE