1  TORRES| TORRES STALLINGS
   A LAW CORPORATION
2  David A. Torres, SBN135059
   1318 K. Street
3  Bakersfield, CA 93301
4  Tel: (661)326-0857
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   WILFREDO MEDINA PEREZ
7
8              UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | Case No. 19-CR-00266 JLT-SKO |
12 | Plaintiff, | |
13 | v. | **STIPULATION AND ORDER TO CONTINUE THE SENTENCING DATE** |
14 | WILFREDO MEDINA PEREZ, | |
15 | Defendants. | |

16
17 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER.
18 L. THURSTON AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:
19     **COMES NOW** Defendant, WILFREDO MEDINA PEREZ by and through his attorney
20 of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for
21 March 4, 2022, be continued to March 18, 2022.
22     A close family member passed away last week. Since then, I have been involved with the
23 planning of services and have fallen behind in my work, to include the above-captioned matter. I
24 contacted Ms. Escobar and informed her of the need for a brief continuance of the sentencing to
25 which she did not object. We both agree to proceed on March 18, 2022, so long as the date
26 accommodates the courts schedule. In addition, formal objections will be filed by March 4, 2022,
27 and a reply will be filed by March 11, 2022.
28

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 2/23/2022

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
WILFREDO MEDINA PEREZ

DATED: 2/23/2022

/s/
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

The sentencing hearing is continued to March 18, 2022, formal objections to be filed by March 4, 2022, and any reply to be filed by March 11, 2022.

IT IS SO ORDERED.

Dated:   **February 23, 2022**

UNITED STATES DISTRICT JUDGE

2