PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>v.<br><br>WILFREDO MEDINA PEREZ,<br><br>                             Defendant. | CASE NO.  1:19-CR-266 JLT<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>DATE: March 18, 2022<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |

  The United States of America hereby provides this memorandum in support of its sentencing recommendation in this matter.  The United States concurs with the probation officer's sentencing recommendation of 135 months in custody

  Pursuant to the plea agreement, the government's recommendation is based on a low-end Guidelines sentencing recommendation derived from the applicable Guidelines range, which was computed as follows:

| | |
|---|---|
| BOL (11,030.06 kg marijuana equivalency) | 34 |
| Aggravating Role | +2 |
| Acceptance of Responsibility | -3 |
| Total Offense Level | 33 |
| CHC | I |
| USSG Range | 135-168 mos. |

A sentence of 135 months is appropriate, given the defendant's aggravating role as a supplier of methamphetamine and fentanyl. The government would oppose any downward departure or variance, in light of the serious nature of the offense and deleterious and often lethal effect of fentanyl, along with the fact that the probation officer has not identified any factors to support such departure or variance.

Dated: March 3, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney